# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | |
|---|---|
| LARRY D. FULLER, § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | Civil Action No. 1:08-CV-078-C |
| § | ECF |
| § | |
| MICHAEL J. ASTRUE, § | |
| Commissioner of Social Security, § | |
| § | |
| **Defendant.** § | |

## ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed February 9, 2010 (Doc. 26). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand the ALJ should further consider, including by development of the record, as necessary, by obtaining the opinion of a medical expert, consultative examiner, or treating provider, whether Plaintiff manifested deficits of adaptive functioning prior to the age of 22, within the meaning of Section 12.05C of the Listing of Impairments.

Dated February 25, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT